UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

    Plaintiff,

-against-

ONEIDA NATION ENTERPRISES, LLC,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/13/2023
```

22-CV-7872 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed her Complaint on September 14, 2022. (Dkt. 1.) On November 14, 2022, plaintiff served her Complaint on defendant Oneida Enterprises, LLC, making its response to the Complaint due November 25, 2022. (Dkt. 8.) On November 21, 2022, defendant timely requested an extension of time to respond to the Complaint, stating that it reached out to plaintiff but did not receive a response. (Dkt. 11.) On November 22, 2022, I extended defendant's time to respond to the Complaint to December 27, 2022. (Dkt. 12.)

    On December 27, 2022, defendant timely filed a motion to dismiss. (Dkt. 13.) Plaintiff's opposition to the motion was due on January 10, 2023, but no opposition has been filed. If plaintiff does not file her opposition to the motion to dismiss by **January 18, 2023**, the Court shall consider the motion unopposed and will proceed on that basis.

Dated: New York, New York
       January 13, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**