UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ONEIDA NATION ENTERPRISES, LLC,<br><br>　　　　　　　　Defendant. | Case No: 1:22-cv-07872-JMF<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:　Queens, New York
　　　　February 1/3, 2023

**Mars Khaimov Law, PLLC**

By: /s/ _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

**Wilmer Hale**

By: _____
Alan Schoenfeld, Esq.
250 Greenwich St.
New York, New York 10007
alan.schoenfeld@wilmerhale.com
*Attorneys for Defendant*

SO ORDERED. The Clerk of Court is directed to terminate ECF No. 13 and to close the case.

February 7, 2023